UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                    Case No. 1:04-CR-27

v.                                                  Hon. Richard Alan Enslen

LAMARCO DARNELL HAWKINS,

       Defendant.
       _____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

It is noted that Defendant obtained his general equivalency diploma while incarcerated. Therefore, special condition number 5 has been satisfied and will not be reimposed. It is also noted that previously imposed special condition number 2 is redundant since its requirement is already contained in proposed special condition number 6. Therefore, special condition number 2 will not be reimposed. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 19, 2007, is approved and adopted as modified as the opinion of the Court.

**IT IS FURTHER ORDERED** that a Judgment in a criminal case for revocation of supervised release shall issue consistent with the Report and Recommendation and this Order.

DATED in Kalamazoo, MI:               /s/ Richard Alan Enslen
     December 11, 2007              RICHARD ALAN ENSLEN
                                         SENIOR UNITED STATES DISTRICT JUDGE